FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

NOV 2 - 2009

KENNETH S. GARDNER, CLERK

BY_____
DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | In Bankruptcy Under Chapter 7 |
| CVT ACQUISITION, INC., ) | No. 08 72154 |
| Debtor. ) | |
| IN RE: ) | In Bankruptcy Under Chapter 7 |
| ) | No. 08 72152 |
| CVT SERVICES, LLC, ) | |
| ) | Judge Manuel Barbosa |
| Debtor. ) | (Jointly Administered) |

### NOTICE OF INDEPENDENT FIDUCIARY'S FIRST AND FINAL FILING FOR REASONABLE FEES AND EXPENSES FOR HIS SERVICES

As directed by this Court's July 29, 2009 Order, Ancillary Plan Administrator and/or Named Fiduciary M. Larry Lefoldt ("Lefoldt") hereby submits to the Court for approval his first and final filing for reasonable fees and expenses for his services, payable from the assets of the Plan.

Pursuant to Paragraph C of the Order, Mr. Lefoldt herewith submits his First and Final Itemized Fee Application. Attached hereto as Exhibit 1 is a copy of the above referenced Order. Expenses total $4,097.44 for Ancillary Plan Administrator and/or Named Fiduciary's fees. See Exhibits 2 through 4.

A request is hereby made for approval of payment in the amount of $4,097.44 for the fees and expenses of the Ancillary Plan Administrator and/or Named Fiduciary.

Pursuant to Paragraph C of the Order, a copy of this application is being provided to the U.S. Department of Labor ("DOL"), Employee Benefits Security Administration, Chicago, Illinois; to the United States Trustee's Office in Madison, Wisconsin; and to the

1

Trustee of the Consolidated Bankruptcy Estate of CVT Acquisition, Inc. Absent objection from the above named parties or the Court within fifteen (15) business days after filing this fee notice, the fee application shall be deemed approved. If the above named parties or the Court objects to any payment, the matter should be resolved by the Court prior to payment.

Respectfully submitted,

M. Larry Lefoldt
Ancillary Plan Administrator and/or
Named Fiduciary
CVT Acquisition, Inc.
401(k) Retirement Plan and Trust
P.O. Box 2848
Ridgeland, MS  39158-2848
(601) 956-2374

Certificate of Service

I hereby certify that a true and correct copy of the foregoing First and Final Itemized Fee Application of the Ancillary Plan Administrator and/or Named Fiduciary has been or will by the 29 day of October, 2009 mailed by U.S. Mail upon United States Bankruptcy Court for the Northern District of Illinois Western Division, 211 South Court Street, Rockford, IL 61101.

*[signature]*

Attached are Exhibits 1 - 4 itemizing Lefoldt's First and Final Filing for fees and expenses for his services.

All parties to this litigation, as delineated on the attached Certificate of Service, are hereby notified that, pursuant to this Court's July 29, 2009 Order, they have fifteen (15) days from the date of service of this Notice to comment or object on the final fees and expenses application, payable from the assets of the Plan and that, in the event no party or the Court objects to these final fees and expenses such fees and expenses totaling $4,097.44 shall be deemed approved for payment.

Respectfully submitted, this 29th day of October, 2009.

*[signature]*
M. Larry Lefoldt
Ancillary Plan Administrator and/or
Named Fiduciary
CVT Acquisition, Inc.
401(k) Retirement Plan and Trust
P.O. Box 2848
Ridgeland, MS 39158-2848
(601) 956-2374

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the foregoing <u>NOTICE</u> upon all parties to this matter by causing a copy to be deposited in the U.S. Mail, proper postage prepaid, addressed to counsel of record as follows:

Mona Howell, Supervisor
United States Department of Labor
Employee Benefits Security Administration
200 W. Adams Street, Suite 1600
Chicago, IL   60606

Megan G. Heeg, Attorney
Ehrmann Gehlbach Badger & Lee
215 E. First Street, Suite 100
P. O. Box 447
Dixon, IL   61021

Carole Ryczek, Esq.
United States Trustee's Office
780 Regent Street, Suite 304
Madison, WI   53715

This 29th day of October, 2009.

By: _____
M. Larry Lefoldt

4

Case 08-72154   Doc 70   Filed 07/29/09   Entered 07/29/09 12:22:11   Desc Main
          Document      Page 1 of 3

UNITED STATE BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS\
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | In Bankruptcy Under Chapter 7 |
| CVT ACQUISITION, INC. | ) | No. 08 72154 |
| Debtor. | ) | |
| IN RE: | ) | In Bankruptcy Under Chapter 7 |
| CVT SERVICES, LLC, | ) | No. 08 72152 |
| Debtor. | ) | Judge Manuel Barbosa |

## ORDER TO FACILITATE WIND UP/TERMINATION OF 401(k) PLAN AND TO APPOINT ANCILLARY PLAN ADMINISTRATOR

THIS MATTER coming on to be heard on the 29TH day of July, 2009, on the Motion of Megan G. Heeg, not individually, but solely in her representative capacity as Bankruptcy Trustee of the above-referenced bankruptcy estates, to Facilitate Wind Up/Terminate of 401(k) and to Appoint Ancillary Plan Administrator, due notice having been given and the Court being fully advised in the premises,

IT APPEARING that at the time that Debtor CVT Acquisition, Inc., filed its Voluntary Petition, it maintained the CVT Acquisition, Inc. 401(k) Retirement Plan and Trust" ("CVT Plan"); and

IT FURTHER APPEARING that approximately six former employees have a vested balance in the CVT Plan, and the Bankruptcy Trustee has contact the CVT Plan's custodian and has been advised and believes that all of the funds in the CVT Plan have been or will be allocated to Plan participants, and

EXHIBIT "1"

IT FURTHER APPEARING that the Bankruptcy Trustee has been informed and believes that the CVT Plan is burdensome to the Estate as the Estate would incur costs in terminating the CVT Plan and making a distribution of the funds to Plan participants, whose true whereabouts are unknown to the Bankruptcy Trustee;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

A.    Megan G. Heeg, not individually but solely in her representative capacity as BankruptcyTrustee is hereby authorized to appoint M. Larry Lefoldt, CPA as Ancillary Plan Administrator and/or Named Fiduciary of the CVT Plan with discretionary authority to control and manage the operation and administration of the CVT Plan, to act as "Plan Administrator" as defined in the CVT Plan, to terminate the CVT Plan, to direct Massachusetts Fidelity Trust Company, the Directed (non-discretionary) Trustee in its duties, and to direct Transamerica in the performance of its services to the CVT Plan, all as further enumerated in the Motion to Appoint;

B.    As Ancillary Plan Trustee, any and all fees and expenses incurred by M. Larry Lefoldt, CPA, or any persons or firms retained by him, shall be paid by the CVT Plan out of CVT Plan assets;

C.    Before causing the CVT Plan to pay compensation, fees or expenses to the Ancillary Plan Trustee, or any persons or firms retained by him, M. Larry Lefoldt, CPA shall file a Fee Notice with this Court, with a copy to the United States Department of Labor (c/o the Employee Benefits Security Administration in Chicago, Illinois), to the United States Trustee's Office (Madison, Wisconsin), and to the Trustee of the consolidated Bankruptcy Estate of CVT Acquisition, Inc.;

D.    If, within fifteen (15) days after filing of a Fee Notice, no objection to the Fee

2

Notice is filed with this Court, such compensation, fees and expenses shall be deemed reasonable expenses of CVT Plan and shall be paid by the CVT Plan without further action or approval of this Court, but if an objection to a Fee Notice is timely filed, the Court shall hold a hearing on the matter, and the compensation, fees and expenses described in the Fee Notice shall be paid by the CVT Plan only to the extent approved by this Court; and

E. After the CVT Plan is terminated and the CVT Plan assets have been distributed, M. Larry Lefoldt, CPA shall notify Megan G. Heeg, Bankruptcy Trustee of the same.

ENTERED this 29th day of July, 2009.

JUDGE MANUEL BARBOSA

Prepared by:
Megan G. Heeg
Attorneys for the Estate
Ehrmann Gehlbach Badger & Lee
215 E. First Street, Suite 100
P.O. Box 447
Dixon, IL 61021
(815) 288-4949
(815) 288-3068 (FAX)

**CVT Acquisition, Inc.**
**401(k) Retirement Plan and Trust**
**Fees and Expenses**
**June 10, 2009 through Plan Termination with TransAmerica**

| | |
|---|---:|
| **Fees and expenses for the Period June 10, 2009** | |
| Through September 24, 2009 (See EXHIBIT "3") | $ 2,687.44 |
| | |
| **Fees and expenses for the Period September 24, 2009** | |
| Through Plan Termination with TransAmerica (See EXHIBIT "4") | <u>1,410.00</u> |
| | |
| **Total Amount Due** | <u>$ 4,097.44</u> |

**EXHIBIT "2"**

<u>**CVT Acquisition, Inc.**</u>
<u>**401(k) Retirement Plan and Trust**</u>
<u>**Fees and Expenses**</u>

| Staff | | Hours (A) | | Rate Per Hour (B) | Amount |
|---|---|---|---|---|---|
| | | (A) | | | |

<u>**Billing Summary June 10, 2009 through September 24, 2009:**</u>

| Staff | | Hours | | Rate Per Hour | Amount |
|---|---|---|---|---|---|
| M. Larry Lefoldt | (1) | 9.00 | x | $ 170.00 | $ 1,530.00 |
| Dane Watkins | (2) | 9.75 | x | 95.00 | 926.25 |
| Gloria Blackledge | (3) | 1.00 | x | 70.00 | 70.00 |
| Sissy Cooper | (3) | .75 | x | 55.00 | 41.25 |
| | | 20.50 | | | $ 2,567.50 |
| Out of Pocket Expenses (A) | | | | | 119.94 |
| | | | | | $ 2,687.44 |

(A) See Attached Detailed Billing Worksheets.
(B) See Attached Engagement Letter.

(1) Shareholder
(2) Employee Benefit Plan Administrator/Senior Accountant
(3) Support Staff

**EXHIBIT "3"**

# LEFOLDT & ___, P.A.
## Billing W___ sheet
Primary Partner - Client Master - Code
For the Period: 01/01/1990 - 09/24/2009

**Primary Partner:** EMPLOYEE BENEFIT, (EBP)

**Master Client:** 03847 - CVT ACQUISITION, INC.
CVT ACQUISITION, INC. (7)

| Main Desc | | | | | Eng Fee | FYE | WIP | Progress | Net WIP | AR Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 0.00 | Dec | 3009.94 | 0.00 | 3009.94 | 0.00 |

WIP - CVT ACQUISITION, INC. (7) - EMPLOYEE BENEFIT

| | | | | Memo | | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|---|
| 30300 | 30356 | EMPLOYEE BENEFIT R | WATKINS,DA | 08/13/2009 | TransAmerica call on corrected 5500, email and review, assemble for signature | 90.00 | 0.50 | 45.00 |
| | | | | **30300 Totals** | | | **2.00** | **180.00** |
| | | | | **30000 Totals** | | | **2.00** | **180.00** |
| 70000 | 70001 | 70700 PLAN ADMINISTRATION | WATKINS,DA | 08/12/2009 | review 5500, calls to TransAmerica, questions, schedules | 90.00 | 1.50 | 135.00 |
| 70000 | 70001 | 70700 PLAN ADMINISTRATION | LEFOLDT,M. | 06/10/2009 | review emails re plan bruptcy | 210.00 | 1.00 | 210.00 |
| 70000 | 70001 | 70700 PLAN ADMINISTRATION | LEFOLDT,M. | 06/10/2009 | meet w Dane re plan | 210.00 | 0.25 | 52.50 |
| 70000 | 70001 | 70700 PLAN ADMINISTRATION | LEFOLDT,M. | 06/10/2009 | prep of list of pts to discuss w atty | 210.00 | 1.00 | 210.00 |
| 70000 | 70001 | 70700 PLAN ADMINISTRATION | LEFOLDT,M. | 06/10/2009 | conf call w Trustee re plan | 210.00 | 0.50 | 105.00 |
| 70000 | 70001 | 70700 CLERICAL | BLACKLEDGE | 06/10/2009 | Type Letter | 70.00 | 0.75 | 52.50 |
| 70000 | 70001 | 70707 CLERICAL | COOPER,SIS | 06/11/2009 | type ltr to atty | 70.00 | 0.25 | 17.50 |
| 70000 | 70001 | 70700 PLAN ADMINISTRATION | LEFOLDT,M. | 07/02/2009 | respond to email re transfer & ct motion | 210.00 | 0.25 | 52.50 |
| 70000 | 70001 | 70700 PLAN ADMINISTRATION | LEFOLDT,M. | 07/02/2009 | review plan docs & trust agreement | 210.00 | 0.25 | 52.50 |
| 70000 | 70001 | 70707 CLERICAL | COOPER,SIS | 07/02/2009 | type email response | 70.00 | 0.25 | 17.50 |
| 70000 | 70001 | 70700 PLAN ADMINISTRATION | LEFOLDT,M. | 07/06/2009 | review ct order draft, prep of points to discuss w atty re same | 210.00 | 0.25 | 52.50 |
| 70000 | 70001 | 70700 PLAN ADMINISTRATION | LEFOLDT,M. | 07/07/2009 | conf w atty re chgs | 210.00 | 0.25 | 52.50 |
| 70000 | 70001 | 70700 PLAN ADMINISTRATION | LEFOLDT,M. | 07/08/2009 | conf re ct motion & PIN form | 210.00 | 0.25 | 52.50 |
| 70000 | 70001 | 70700 PLAN ADMINISTRATION | LEFOLDT,M. | 07/09/2009 | review & sign affidavit | 210.00 | 0.25 | 52.50 |
| 70000 | 70001 | 70707 CLERICAL | COOPER,SIS | 07/09/2009 | type ltr to M. Heeg | 70.00 | 0.25 | 17.50 |
| 70000 | 70001 | 70700 PLAN ADMINISTRATION | LEFOLDT,M. | 07/10/2009 | review ct motion & order re appt | 210.00 | 0.25 | 52.50 |
| 70000 | 70001 | 70700 PLAN ADMINISTRATION | LEFOLDT,M. | 07/31/2009 | review file, prep of notes re plan takeover for mtg w Dane | 210.00 | 1.00 | 210.00 |
| 70000 | 70001 | 70700 PLAN ADMINISTRATION | LEFOLDT,M. | 08/04/2009 | conf w Dane re plan & actions to take | 210.00 | 0.25 | 52.50 |
| 70000 | 70001 | 70700 PLAN ADMINISTRATION | LEFOLDT,M. | 08/04/2009 | meet w/ M.L. on new plan | 210.00 | 0.25 | 52.50 |
| 70000 | 70001 | 70700 PLAN ADMINISTRATION | WATKINS,DA | 08/05/2009 | TransAmerica call on plan | 90.00 | 0.25 | 22.50 |
| 70000 | 70001 | 70700 PLAN ADMINISTRATION | WATKINS,DA | 08/06/2009 | EBP Status mtg | 90.00 | 0.25 | 22.50 |
| 70000 | 70001 | 70700 PLAN ADMINISTRATION | WATKINS,DA | 08/07/2009 | TransAmerica call about 5500, asset control, appointment | 90.00 | 0.25 | 22.50 |
| 70000 | 70001 | 70700 PLAN ADMINISTRATION | WATKINS,DA | 08/11/2009 | review file, make files, questions, notes, asset control letter, 5500 questions, review 5500, research on 2006 filing | 90.00 | 1.75 | 157.50 |
| 70000 | 70001 | 70700 PLAN ADMINISTRATION | LEFOLDT,M. | 08/11/2009 | review & sign acct takeover ltr | 210.00 | 0.25 | 52.50 |
| 70000 | 70001 | 70700 PLAN ADMINISTRATION | LEFOLDT,M. | 08/12/2009 | review & sign notice | 210.00 | 0.25 | 52.50 |
| 70000 | 70001 | 70707 CLERICAL | LEFOLDT,M. | 08/12/2009 | conf w BArbara/notices | 210.00 | 0.25 | 52.50 |
| 70000 | 70001 | 70707 CLERICAL | BLACKLEDGE | 08/12/2009 | mail notice of appearance letters | 70.00 | 0.25 | 17.50 |
| 70000 | 70001 | 70707 CLERICAL | LEFOLDT,M. | 08/13/2009 | review & sign 5500, due 8/12/09 | 210.00 | 0.25 | 52.50 |
| 70000 | 70001 | 70700 PLAN ADMINISTRATION | WATKINS,DA | 08/19/2009 | email DOL about breakdown of restitution | 90.00 | 0.25 | 22.50 |
| 70000 | 70001 | 70700 PLAN ADMINISTRATION | WATKINS,DA | 08/24/2009 | bond request | 90.00 | 0.25 | 22.50 |
| 70000 | 70001 | 70700 PLAN ADMINISTRATION | WATKINS,DA | 08/26/2009 | TransAmerica call, refax letter, go over questions w/ Nicole, fee invoices from TransAmerica for last | 90.00 | 0.50 | 45.00 |

LEFOLDT & CO., P.A.

# Billing Worksheet

**Primary Partner - Client Master - Code**
For the Period: 01/01/1990 - 09/24/2009

**Primary Partner: EMPLOYEE BENEFIT, (EBP)**

**WIP - CVT ACQUISITION, INC. (7) - EMPLOYEE BENEFIT**

| Desc | | | | Memo | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| 50000 | 70700 | PLAN ADMINISTRATION | WATKINS,DA 09/02/2009 | review 2006 5500's, short plan year, compare download from TransAmerica | 90.00 | 0.50 | 45.00 |
| 50000 | 70700 | PLAN ADMINISTRATION | LEFOLDT,M. 09/01/2009 | review 5500 pkg 10-31-06, 07 | 210.00 | 0.25 | 52.50 |
| 50000 | 70700 | PLAN ADMINISTRATION | LEFOLDT,M. 08/27/2009 | EBP status mtg | 210.00 | 0.25 | 52.50 |
| 60000 | 70700 | PLAN ADMINISTRATION | LEFOLDT,M. 09/08/2009 | 2 quarters | 210.00 | 0.25 | 52.50 |
| 60000 | 70700 | PLAN ADMINISTRATION | LEFOLDT,M. 09/10/2009 | review TransAmerica stmts | 210.00 | 0.25 | 52.50 |
| 60000 | 70700 | PLAN ADMINISTRATION | LEFOLDT,M. 09/14/2009 | EBS Mtg | 210.00 | 0.25 | 52.50 |
| 60000 | 70700 | PLAN ADMINISTRATION | WATKINS,DA 09/14/2009 | review & sign Form 5500 | 90.00 | 1.00 | 90.00 |
| 60000 | 70700 | PLAN ADMINISTRATION | WATKINS,DA 09/15/2009 | review 2006-2007 5500's, short plan year, Scott Albert letter, assemble and copy participant data, DOL emails on loans, review files on loan amounts, TransAmerica termination forms and paperwork, TransAmerica reports | 90.00 | 1.25 | 112.50 |
| 60000 | 70700 | PLAN ADMINISTRATION | WATKINS,DA 09/17/2009 | EBP status mtg | 210.00 | 0.25 | 52.50 |
| 60000 | 70700 | PLAN ADMINISTRATION | WATKINS,DA 09/18/2009 | Chester Lamar - loan issue call, IRS and DOL opinion | 90.00 | 0.25 | 22.50 |
| 70000 | 70700 | PLAN ADMINISTRATION | WATKINS,DA 09/22/2009 | review court order, call bankruptcy attorney on loan issues, TransAmerica forms and call on termination checklist, fax to TransAmerica, discuss w/ MLL | 90.00 | 0.50 | 45.00 |
| 70000 | 70001 | | WATKINS,DA 09/22/2009 | Larry - conf. call to TransAm. for online setup, setup account online and download forms, reports | 90.00 | 0.75 | 67.50 |
| | | | | **70001 Totals** | | **18.50** | **2710.00** |
| | | | | **70000 Totals** | | **18.50** | **2710.00** |
| 80000 | 80001 | | COOPER,SIS 08/13/2009 | Bond | | 6.50 | 119.94 |
| 80000 | 80001 | | COOPER,SIS 08/20/2009 | | | | 1.22 |
| 80000 | 80001 | | COOPER,SIS 09/08/2009 | | | | 111.00 |
| 80000 | 80820 | POSTAGE | COOPER,SIS 09/17/2009 | | | | 1.22 |
| 80000 | 80820 | POSTAGE | | | | | 119.94 |
| 80000 | 80870 | MISCELLANEOUS | | | | | |
| 80000 | 80820 | POSTAGE | | | | | |
| | | | | **80001 Totals** | | | |
| | | | | **80000 Totals** | | | |
| | | | | **CVT ACQUISITION, INC. (7)** | | **20.50** | **3009.94** |

## Employee Summary

| | | |
|---|---|---|
| BLACKLEDGE,GLORIA (39) | 1.00 | 70.00 |
| COOPER,SISSY (74) | 0.75 | 172.44 |
| LEFOLDT,M. LARRY (01) | 9.00 | 1890.00 |
| WATKINS,DANE (44) | 9.75 | 877.50 |
| **Totals** | **20.50** | **3009.94** |

## Service Code Summary

BY SERVICE CODE

| | | | |
|---|---|---|---|
| 30000 | 30300 | 30356 EMPLOYEE BENEFIT RETURNS | 2.00 | 180.00 |
| 70000 | 70001 | 70700 PLAN ADMINISTRATION | 16.00 | 2430.00 |
| 70000 | 70001 | 70707 CLERICAL | 2.50 | 280.00 |

Sep. 25, 2009     2:36:42 PM     Page: 148

# LEFOLDT & ~, P.A.
## Billing W. sheet
Primary Partner - Client Master - Code
For the Period: 01/01/1990 - 09/24/2009

**Primary Partner: EMPLOYEE BENEFIT, (EBP)**

WIP - CVT ACQUISITION, INC. (7) - EMPLOYEE BENEFIT

| Memo | Rate | Hours | Amount |
|---|---|---|---|
| 80000 80001 80820 POSTAGE | | 0.00 | 8.94 |
| 80000 80001 80870 MISCELLANEOUS | | 0.00 | 111.00 |
| Totals | | 20.50 | 3009.94 |

# LEFOLDT & Co., P.A.

CERTIFIED PUBLIC ACCOUNTANTS

August 18, 2008

Ms. Rebecca Marshall
Regional Director
United States Department of Labor
Employee Benefits Security Administration
Sam Nunn Federal Building, Room 7B54
61 Forsyth Street, SW
Atlanta, GA  30303

Dear Ms. Marshall:

I am writing to confirm to you my understanding of the Professional Services we are to provide on behalf of the Employee Benefits Security Administration Office in Atlanta, Georgia for the Period July 1, 2008 through June 30, 2009.

## OBJECTIVES OF THE ENGAGEMENTS

M. Larry Lefoldt will be appointed as Independent Fiduciary for certain Employee Benefit Plans pursuant to a request by the U.S. Department of Labor, Employee Benefits Security Administration Office in Atlanta, Georgia.

## SCOPE AND CONDUCT OF THE ENGAGEMENTS

Upon appointment as the Independent Fiduciary for various Employee Benefits Plans, M. Larry Lefoldt, with the assistance of the Employee Benefits Professional Staff of Lefoldt & Co., P.A. will have the following duties and responsibilities for the plans:

1. The independent fiduciary shall have responsibility and authority for terminating the Plans. Such terminations shall be made in accordance with the Plans' governing documents, the Employee Retirement Income Security Act of 1974, and related Department of Labor and Internal Revenue Service Regulations.

2. The independent fiduciary's responsibilities with respect to the termination of the Plans shall include, but not be limited to, liquidating the Plans' assets, communicating with participants regarding the termination of the Plans and their disbursal options, calculating the participant and beneficiaries account balances, and filing appropriate termination papers with the Internal Revenue Service and the Department of Labor, where applicable.

Ms. Rebecca Marshall
U.S. Department of Labor
Employee Benefits Security Administration
August 18, 2008
Page 2 of 3

3. The independent fiduciary shall have responsibility and authority to collect, liquidate, and manage such assets of the Plans for the benefit of the eligible participants and beneficiaries for the Plans who are entitled to receive such assets, until such time that the assets of the Plans are distributed to the eligible participants and beneficiaries of the Plans.

4. The independent fiduciary shall exercise reasonable care and diligence to identify and locate each participant and beneficiary of the Plans who is eligible to receive a payment under the terms of the Plans and to disburse to each such eligible participant or beneficiary the payment to which he or she is entitled.

5. The Plans current custodial trustees and any current service providers of the Plans shall work with the independent fiduciary to terminate the Plans, liquidate the Plans' assets and distribute the Plans' assets to the eligible participants and beneficiaries in the Plans.

6. The independent fiduciary shall have full access to all data, information and calculations in the Plans' possession or under their control, including that information contained in the records of the Plans' custodial trustees and other service providers, bearing on the distribution of benefit payments, participant account balances and current plan assets.

7. The independent fiduciary may retain such persons and firms including but not limited to accountants and attorneys, as may be reasonably required to perform his duties hereunder.

8. The independent fiduciary shall receive reasonable compensation for the performance of the above enumerated duties together with costs reasonably and necessarily incurred. The compensation and expenses provided for herein shall be paid by the Plans, the former Trustees of the Plans, the Bonding Company or the U.S. Department of Labor.

9. The independent fiduciary shall obtain bonding in an amount that meets the requirements of ERISA. The costs incurred by the independent fiduciary in obtaining such bonding shall be paid by the Plans.

Ms. Rebecca Marshall
U.S. Department of Labor
Employee Benefits Security Administration
August 18, 2008
Page 3 of 3

## FEES

Our fees are based on the time spent and the qualifications of the personnel required to conduct the Engagement.

Based on my understanding of the objectives of the engagement, it will require the following professionals at the following billing rates plus out of pocket expenses (Photocopies, Travel, Postage).

| | |
|---|---|
| A. Independent Fiduciary | $170 per hour |
| B. Assist in Compliance and Administration | |
|     Tax/ERISA Matters- Shareholder | 170 per hour |
|     Employee Benefit Plan Administrator/ | |
|       Senior Accountant | 95 per hour |
|     Staff Accountant | 75 per hour |
|     Support Staff | 55 per hour |

I appreciate your past confidence and the opportunity to be of service to the Department of Labor.

I believe this letter accurately summarizes the significant terms of the above Professional Engagements. Should you have any questions, please don't hesitate to contact me.

Sincerely,

LEFOLDT & CO., P.A.

M. Larry Lefoldt, CPA

Approved By: _____
Title: Regional Director
Date: 8/21/08

## CVT Acquisition, Inc.
## 401(k) Retirement Plan and Trust
## Fees and Expenses

| Staff (A) | Hours (A) | Rate Per Hour (B) | Amount |
|---|---|---|---|

**Billing for Period September 25, 2009 through Plan Termination with TransAmerica:**

| Staff | | Hours | | Rate Per Hour | Amount |
|---|---|---|---|---|---|
| M. Larry Lefoldt | (1) | 2.50 | x | $ 170.00 | $   475.00 |
| Dane Watkins | (2) | 8.00 | x | 95.00 | 760.00 |
| Judy Shannon | (1) | 1.00 | x | 170.00 | 170.00 |
| Sissy Cooper | (3) | 1.00 | x | 55.00 | 55.00 |
| | | 12.50 | | | 1,410.00 |

(A) See Attached Task List.
(B) See Attached Engagement Letter.

(1) Shareholder
(2) Employee Benefit Plan Administrator/Senior Accountant
(3) Support Staff

**EXHIBIT "4"**

**CVT Acquisition, Inc. 401(k) Retirement Plan and Trust**
**Remaining Task List for Administration and Termination of Plan**
**Effective September 25, 2009**

- Administrative issues, including termination documentation and procedures with TransAmerica, asset reconciliations, distribution issues, fee application with courts, etc.
    Senior Staff Accountant (2.75 hr.)
    Trustee (1.25 hr.)

- Distribution correspondence to six participants
    Senior Staff Accountant (.50 hr.)
    Support Staff (.50 hr.)

- Distributions for six participants through TransAmerica
    Senior Staff Accountant (1.50 hr.)
    Trustee (.25 hr.)

- Miscellaneous troubleshooting, research on missing participants, calls, administrative matters, status updates
    Senior Staff Accountant (1.75 hr.)
    Support Staff (.50 hr.)
    Trustee (.75 hr.)

- Review and file 2009 5500 (TransAmerica to complete)
    Senior Staff Accountant (1.50 hr.)
    Tax Partner (1.00 hr.)
    Trustee (.25 hr.)

| Tasks | Hours | Rate | Total |
|---|---|---|---|
| Senior Staff Accountant | 8.00 | 95.00 | $ 760.00 |
| Support Staff | 1.00 | 55.00 | 55.00 |
| Tax Partner | 1.00 | 170.00 | 170.00 |
| Trustee | 2.50 | 170.00 | 425.00 |
|  | **12.50** |  | **$1,410.00** |