UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Western Division

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
AUG 23 2011
KENNETH S. GARDNER, CLERK
BY_____
DEPUTY CLERK

| | |
|---|---|
| IN RE: ) | |
| CVT ACQUISITION, INC. ) | BK No.:   08-72154 |
| ) | Chapter:   7 |
| ) | Honorable Manuel Barbosa |
| IN RE: ) | |
| CVT SERVICES, LLC ) | |
| ) | |
| Debtor(s) ) | |

## NOTICE OF INDEPENDENT FIDUCIARY'S FIRST AND FINAL FILING FOR REASONABLE FEES AND EXPENSES FOR HIS SERVICES

As directed by this Court's April 25, 2011 Order to Approve Appointment Ancillary Plan Administrator for Limited Purpose to Facilitate the Distribution of Additional Funds for the 401(k) Plan, Ancillary Plan Administrator and/or Named Fiduciary M. Larry Lefoldt ("Lefoldt") hereby submits to the Court for approval his First and Final Filing for reasonable fees and expenses for his services, payable from the assets of the Plan.

Pursuant to Paragraph 3 of the Order, Mr. Lefoldt herewith submits his First and Final Itemized Fee Notice with this Court. Attached is a copy of the above referenced Order as Exhibit 1. Ancillary Plan Administrator and/or Named Fiduciary's fees and expenses total $7,011.25. See Exhibit 2.

A request is hereby made for approval of payment in the amount of $7,011.25 for the fees and expenses of the Ancillary Plan Administrator and/or Named Fiduciary.

1

Pursuant to Paragraph 3 of the Order, a copy of this fee notice is being provided to the Regional Director of the U. S. Department of Labor ("DOL"), Employee Benefits Security Administration, Chicago, Illinois, to the United States Trustee's Office (Madison, Wisconsin), and to the Trustee of the consolidated Bankruptcy Estate of CVT Acquisition, Inc. Absent objection from any of the above named parties within fifteen (15) days of the service of this notice, the fee notice shall be deemed approved and shall be paid by the CVT Plan without further actions or approval of this Court, but if an objection to this Fee Notice is timely filed, the Court shall hold a hearing on the matter, and the compensation, fees and expenses described in this Fee Notice shall be paid by the CVT Plan only to the extent approved by this Court.

Respectfully submitted,

_____
M. Larry Lefoldt
Ancillary Plan Administrator and/or
Named Fiduciary
CVT Acquisition, Inc. 401(k) Plan and Trust
690 Towne Center Boulevard
Ridgeland, MS  39157
P.O. Box 2848
Ridgeland, MS  39158-2848
(601) 956-2374

2

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the foregoing NOTICE upon all parties to this matter by causing a copy to be deposited in the U.S. Mail, proper postage prepaid, addressed as follows:

>The Honorable Manuel Barbosa
>U. S. Bankruptcy Judge
>U. S. Bankruptcy Court
>Northern District of Illinois
>Western Division
>211 South Court Street
>Rockford, IL   61101

>Stephen Haugen, Regional Director
>United States Department of Labor
>Employee Benefits Security Administration
>230 South Dearborn
>21st Floor
>Chicago, IL   60604

>Megan G. Heeg, Attorney
>Ehrmann Gehlbach Badger & Lee, LLC
>215 East First Street, Suite 100
>P. O. Box 447
>Dixon, IL   61021

>U. S. Trustee
>Patrick S. Layng
>Office of the U. S. Trustee, Region 11
>780 Regent Street, Suite 304
>Madison, WI   53715

This __16th__ day of August, 2011.

By: _____
M. Larry Lefoldt

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Western Division

| | | |
|---|---|---|
| In Re:<br>CVT ACQUISITION, INC.<br><br>IN RE:<br>CVT SERVICES, LLC<br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 08-72154<br><br>Chapter: 7<br>Honorable Manuel Barbosa |

**ORDER TO APPROVE APPOINTMENT ANCILLARY PLAN ADMINISTRATOR FOR LIMITED PURPOSE TO FACILITATE THE DISTRIBUTION OF ADDITIONAL FUNDS FOR THE 401(K) PLAN**

THIS MATTER coming on to be heard on the 25th day of April, 2011, on the Motion of Megan G. Heeg, not individually, but solely in her representative capacity as Bankruptcy Trustee of the above-referenced bankruptcy estates, to Approve Appointment Ancillary Plan Administrator for Limited Purpose to Facilitate the Distribution of Additional Funds for the 401(K) Plan, due notice having been given and the Court being fully advised in the premises,

IT APPEARING that at the time that Debtor CVT Acquisition, Inc. filed its Voluntary Petition, it maintained the CVT Acquisition, Inc. 401(k) Retirement Plan and Trust ("CVT Plan"); and

IT FURTHER APPEARING that the U. S. Department of Labor has entered into an agreement with the debtors and/or their former principals, outside of the bankruptcy proceeding, and expects to recover on or before April 15, 2011, a total of $37,602.04, representing $25,356.14 in delinquent contributions and loan repayments; $6,249.11 in lost earnings for delinquent and untimely-remitted contributions and loan repayments; and $5,996.79 in returned commissions received under the plan;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. Megan G. Heeg, not individually but solely in her representative capacity as Bankruptcy Trustee is hereby authorized to appoint M. Larry Lefoldt, CPA as Ancillary Plan Administrator and/or Named Fiduciary of the CVT Plan with the limited purpose to receive the aforementioned funds, calculate the amount each participant is to receive, and to distribute the funds to Plan members and or beneficiaries, all as further enumerated in the Motion to Appoint;

2. As Ancillary Plan Trustee, any and all fees and expenses incurred by M. Larry Lefoldt, CPA, or any persons or firms retained by him, shall be paid by the CVT Plan out of CVT Plan assets;

3. Before causing the CVT Plan to pay compensation, fees or expenses to the Ancillary Plan Trustee, or any persons or firms retained by him, M. Larry Lefoldt, CPA shall file a Fee Notice with this Court, with a copy to the United States Department of Labor (c/o the Employee Benefits Security Administration in Chicago, Illinois), to the United States Trustee's Office (Madison, Wisconsin), and to the Trustee of the consolidated Bankruptcy Estate of CVT Acquisition, Inc.;

4. If, within fifteen (15) days after filing of a Fee Notice, no objection to the Fee Notice is filed with this Court, such compensation, fees and expenses shall be deemed reasonable expenses of CVT Plan

**EXHIBIT 1**

and shall be paid by the CVT Plan without further action or approval of this Court, but if an objection to a Fee Notice is timely filed, the court shall hold a hearing on the matter, and the compensation, fees and expenses described in the Fee Notice shall be paid by the CVT Plan only to the extent approved by this Court; and

5. After the CVT Plan recovered funds have been distributed, M. Larry Lefoldt, CPA shall notify Megan G. Heeg, Bankruptcy Trustee of the same.

Enter: *[signature]*

Honorable Manuel Barbosa
United States Bankruptcy Judge

Dated: April 25, 2011

**Prepared by:**

Megan G. Heeg
Ehrmann Gehlbach Badger & Lee
Attorneys for Petitioner
215 East First Street
Dixon, Illinois 61021
(815) 288-4949
(815) 288-3068 FAX

**EXHIBIT 1**

## CVT Acquisition, Inc. 401(k) Plan and Trust
## Time and Expense Billing Summary
## March 28, 2011 through Plan Termination

### March 28, 2011 through July 28, 2011

| Staff | Hours | Rate Per Hour | Amount |
|---|---|---|---|
| M. Larry Lefoldt (1) | 4.00 | $ 175.00 | $   700.00 |
| Dane Watkins (2) | 16.75 | 100.00 | 1,675.00 |
| Thomas Givens (3) | 37.75 | 70.00 | 2,642.50 |
|  | 58.50 |  | $ 5,017.50 |

### July 29, 2011 through Plan Termination

| | Hours | Rate Per Hour | Amount |
|---|---|---|---|
| Trustee | 3.25 | $ 185.00 | $   601.25 |
| Sr. Employee Benefits Accountant | 11.00 | 105.00 | 1,155.00 |
| Support Staff | 2.50 | 65.00 | 162.50 |
|  | 16.75 |  | $ 1,918.75 |
| Out of Pocket Expenses |  |  | 75.00 |
|  |  |  | $ 1,993.75 |
| **GRAND TOTAL** | 75.25 |  | $ 7,011.25 |

(1) Trustee
(2) Senior Employee Benefits Accountant
(3) Staff Accountant

EXHIBIT 2

**CVT Acquisition, Inc. 401(k) Retirement Plan and Trust**
**Estimated Task List for Administration and Plan Termination (Eff. 7/29/11)**

- Reconciliation of bank statements and participant totals through termination and updates to participant spreadsheets with census, balances, and distribution information
    Senior Employee Benefits Accountant (1.00 hr.)

- Distribution packets and second requests to 21 participants
    Senior Employee Benefits Accountant (1.00 hr.)
    Support Staff (.50 hr.)

- Distributions to plan participants, including setup and deposits of 945 tax
    Senior Employee Benefits Accountant (4.50 hr.)
    Trustee (2.00 hr.)

- Miscellaneous troubleshooting, research, calls, administrative matters, status updates, including contingency for other administrative issues
    Senior Employee Benefits Accountant (2.00 hr.)
    Support Staff (.50 hr.)
    Trustee (1.00 hr.)

- Locate missing participants through Westlaw, IRS forwarding, calls, etc.
    Senior Employee Benefits Accountant (1.00 hr.)
    Support Staff (.50 hr.)

- Complete and file 2011 1099/1096, and 945 reports
    Senior Employee Benefits Accountant (1.50 hr.)
    Support Staff (1.00 hr.)
    Trustee (.25 hr.)

| Tasks | Hours | Rate | Total |
|---|---|---|---|
| Senior Employee Benefits Accountant | 11.00 | 105.00 | $1,155.00 |
| Support Staff | 2.50 | 65.00 | 162.50 |
| Trustee | 3.25 | 185.00 | 601.25 |
| | **16.75** | | $1,918.75 |
| Contingencies and expenses (postage, copies, etc.) | | | 75.00 |
| **TOTAL** | | | **$1,993.75** |

**EXHIBIT 2**