# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## ROCKFORD DIVISION

| | | |
|---|---|---|
| In re: CVT ACQUISITION, INC. | § | Case No. 08-72154 |
| | § | |
| CHERRY VALLEY TOOL & MACHINE | § | |
| Debtor(s) CVT SERVICES, LLC    08-72152 | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on July 08, 2008. The undersigned trustee was appointed on July 09, 2008.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of        $         26,766.38

      Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 1,355.96 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]     $ | 25,410.42 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing governmental claims of this case was 11/12/2008 and the deadline for filing governmental claims was 01/04/2009. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $3,426.64. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $3,039.14, for a total compensation of $3,039.14.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $104.51, for total expenses of $104.51.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/25/2013            By: /s/MEGAN G. HEEG
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 08-72154 | Trustee: | (330490) | MEGAN G. HEEG |
| --- | --- | --- | --- | --- |
| Case Name: | CVT ACQUISITION, INC. | Filed (f) or Converted (c): | 07/08/08 (f) | |
| | | §341(a) Meeting Date: | 08/01/08 | |
| Period Ending: | 11/25/13 | Claims Bar Date: | 11/12/08 | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | Other personal property (scheduled)<br>interest in PO's, doosans, conveyor | 0.00 | 25,000.00 | | 25,000.00 | FA |
| 2 | Financial accounts, financial institution shares<br>Blackhawk Bank - checking | Unknown | 0.00 | | 0.00 | FA |
| 3 | Financial accounts, financial institution shares<br>Fifth Third Bank (payroll acct and regular ckg) -<br>minimal in banks, savings and loan, Bank - checking -<br>niminal building and loan, and | Unknown | 0.00 | | 0.00 | FA |
| 4 | Financial accounts, financial institution shares<br>National City - checking brokerage houses, or | Unknown | 0.00 | | 0.00 | FA |
| 5 | IRA, ERISA, Keogh, pension, profit sharing plan<br>Administrator of a pension & profit sharing plan.<br>other pension or profit sharing plans. Give particulars. | 0.00 | 0.00 | | 0.00 | FA |
| 6 | Accounts receivable<br>Various records to be provided to Trustee. | 300,000.00 | 0.00 | | 0.00 | FA |
| 7 | Other contingent claims of every nature<br>Arbitration proceedings - all records available to<br>Trustee. In excess of $50,000.00 counterclaims of the<br>debtor, rights to setoff claims. Give value of each. | 50,000.00 | 0.00 | | 0.00 | FA |
| 8 | Customer lists or other compilations<br>customer list | 0.00 | 0.00 | | 0.00 | FA |
| 9 | Business machinery, fixtures, equip., supplies<br>Ann Arbor machine | 750,000.00 | 0.00 | | 0.00 | FA |
| 10 | Business machinery, fixtures, equip., supplies<br>Miscellaneous | Unknown | 0.00 | | 0.00 | FA |
| 11 | Interest in insurance policies  (u)<br>Insurance cancellation refund (Central Mutual Ins.<br>Co.) | 0.00 | 1,626.00 | | 1,626.00 | FA |
| 12 | Preference against Roper Whitney (156,312.70) (u)<br>Payment of 156,312.70 to Roper Whitney (a<br>shareholder's company) | 0.00 | 0.00 | | 0.00 | FA |
| 13 | Potential transfer to Abrasive Machining  (u)<br>Abrasvie Machining may have received 800,000 in<br>preferred stock as part of sale of Debtor's assets pre | 0.00 | 0.00 | | 0.00 | FA |

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

| Case Number: | 08-72154 | Trustee: | (330490) | MEGAN G. HEEG |
| --- | --- | --- | --- | --- |
| Case Name: | CVT ACQUISITION, INC. | Filed (f) or Converted (c): | 07/08/08 (f) | |
| | | §341(a) Meeting Date: | 08/01/08 | |
| Period Ending: | 11/25/13 | Claims Bar Date: | 11/12/08 | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| | bankruptcy | | | | | |
| 14 | Other Personal Property (unscheduled) (u)<br>Apparent balance in debtor's acct with ADP | 0.00 | 76.79 | | 76.79 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 63.59 | FA |
| 15 | Assets   Totals (Excluding unknown values) | $1,100,000.00 | $26,702.79 | | $26,766.38 | $0.00 |

**Major Activities Affecting Case Closing:**

Initial Projected Date Of Final Report (TFR):   March 30, 2010      Current Projected Date Of Final Report (TFR):   November 5, 2013  (Actual)

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 08-72154 | | Trustee: | MEGAN G. HEEG (330490) |
|---|---|---|---|---|
| Case Name: | CVT ACQUISITION, INC. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***_*****78-65 - Money Market Account |
| Taxpayer ID #: | **-***9386 | | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 11/25/13 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 01/12/09 | {1} | Brillion Iron Works | interest in PO's doosans, conveyor | 1129-001 | 25,000.00 | | 25,000.00 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.57 | | 25,000.57 |
| 02/10/09 | | ACCOUNT FUNDED: ********7819 | | 9999-000 | | 25,000.00 | 0.57 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.37 | | 0.94 |
| 04/15/09 | {11} | Central Mutual Insurance Company | insurance cancellation refund | 1229-000 | 1,626.00 | | 1,626.94 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.03 | | 1,626.97 |
| 05/20/09 | {14} | Automatic Data Processing | Unlisted refund from data processing company | 1229-000 | 76.79 | | 1,703.76 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.06 | | 1,703.82 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.07 | | 1,703.89 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.07 | | 1,703.96 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.07 | | 1,704.03 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.06 | | 1,704.09 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.06 | | 1,704.15 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.07 | | 1,704.22 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.07 | | 1,704.29 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.06 | | 1,704.35 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.06 | | 1,704.41 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.07 | | 1,704.48 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.01 | | 1,704.49 |
| 04/06/10 | | Wire out to BNYM account 9200******7865 | Wire out to BNYM account 9200******7865 | 9999-000 | -1,704.49 | | 0.00 |
| 04/13/10 | | Transfer in from account ********7819 | Transfer in from account ********7819 | 9999-000 | 25,043.39 | | 25,043.39 |
| 04/13/10 | | Wire out to BNYM account 9200******7819 | Wire out to BNYM account 9200******7819 | 9999-000 | -25,043.39 | | 0.00 |
| | | | ACCOUNT TOTALS | | 25,000.00 | 25,000.00 | $0.00 |
| | | | Less: Bank Transfers | | -1,704.49 | 25,000.00 | |
| | | | Subtotal | | 26,704.49 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $26,704.49 | $0.00 | |

{} Asset reference(s)    Printed: 11/25/2013 03:35 PM    V.13.13

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 08-72154 | | Trustee: | MEGAN G. HEEG (330490) |
| Case Name: | CVT ACQUISITION, INC. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | \*\*\*-\*\*\*\*\*78-19 - Time Deposit Account |
| Taxpayer ID #: | \*\*-\*\*\*9386 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 11/25/13 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Time Deposit<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/10/09 | | FUNDING ACCOUNT: \*\*\*\*\*\*\*\*7865 | | 9999-000 | 25,000.00 | | 25,000.00 |
| 08/10/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 18.50 | | 25,018.50 |
| 09/09/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.08 | | 25,021.58 |
| 10/09/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.09 | | 25,024.67 |
| 11/09/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.19 | | 25,027.86 |
| 12/09/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.08 | | 25,030.94 |
| 01/08/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.09 | | 25,034.03 |
| 02/08/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.19 | | 25,037.22 |
| 03/10/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.09 | | 25,040.31 |
| 04/09/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.08 | | 25,043.39 |
| 04/13/10 | | Transfer out to account \*\*\*\*\*\*\*\*7865 | Transfer out to account \*\*\*\*\*\*\*\*7865 | 9999-000 | -25,043.39 | | 0.00 |
| | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | -43.39 | 0.00 | |
| | | | Subtotal | | 43.39 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $43.39 | $0.00 | |

{} Asset reference(s)    Printed: 11/25/2013 03:35 PM    V.13.13

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 08-72154 | | Trustee: | MEGAN G. HEEG (330490) |
|---|---|---|---|---|
| Case Name: | CVT ACQUISITION, INC. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******78-65 - Money Market Account |
| Taxpayer ID #: | **-***9386 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 11/25/13 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********7865 | Wire in from JPMorgan Chase Bank, N.A. account ********7865 | 9999-000 | 1,704.49 | | 1,704.49 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.08 | | 1,704.57 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.10 | | 1,704.67 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.10 | | 1,704.77 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.10 | | 1,704.87 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.09 | | 1,704.96 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,704.97 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,704.98 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,704.99 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,705.00 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,705.01 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,705.02 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,705.03 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,705.04 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,705.05 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,705.06 |
| 07/18/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.00 | | 1,705.06 |
| 07/18/11 | | To Account #9200******7819 | combine MMA's | 9999-000 | | 1,705.06 | 0.00 |
| | | ACCOUNT TOTALS | | | 1,705.06 | 1,705.06 | $0.00 |
| | | Less: Bank Transfers | | | 1,704.49 | 1,705.06 | |
| | | Subtotal | | | 0.57 | 0.00 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | NET Receipts / Disbursements | | | $0.57 | $0.00 | |

{} Asset reference(s)   Printed: 11/25/2013 03:35 PM   V.13.13

Exhibit B

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| Case Number: | 08-72154 | | Trustee: | MEGAN G. HEEG (330490) |
|---|---|---|---|---|
| Case Name: | CVT ACQUISITION, INC. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******78-19 - Checking Account |
| Taxpayer ID #: | **-***9386 | | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 11/25/13 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/13/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********7865 | Wire in from JPMorgan Chase Bank, N.A. account ********7865 | 9999-000 | 25,043.39 | | 25,043.39 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 1.74 | | 25,045.13 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 3.20 | | 25,048.33 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 3.08 | | 25,051.41 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 3.20 | | 25,054.61 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 3.18 | | 25,057.79 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.20 | | 25,057.99 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.21 | | 25,058.20 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.20 | | 25,058.40 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.21 | | 25,058.61 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.21 | | 25,058.82 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.19 | | 25,059.01 |
| 03/10/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 25,059.07 |
| 03/14/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 25,059.09 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 25,059.21 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.20 | | 25,059.41 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.21 | | 25,059.62 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.19 | | 25,059.81 |
| 07/18/11 | | From Account #9200******7865 | combine MMA's | 9999-000 | 1,705.06 | | 26,764.87 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.21 | | 26,765.08 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 49.23 | 26,715.85 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.22 | | 26,716.07 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 62.23 | 26,653.84 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -1.83 | 26,655.67 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.21 | | 26,655.88 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 54.77 | 26,601.11 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.22 | | 26,601.33 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 52.84 | 26,548.49 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.21 | | 26,548.70 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 58.19 | 26,490.51 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.22 | | 26,490.73 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 54.43 | 26,436.30 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.22 | | 26,436.52 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 57.79 | 26,378.73 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 52.25 | 26,326.48 |

Subtotals:   $26,766.38   $439.90

{} Asset reference(s)   Printed: 11/25/2013 03:35 PM   V.13.13

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 5

| Case Number: | 08-72154 | Trustee: | MEGAN G. HEEG (330490) |
| --- | --- | --- | --- |
| Case Name: | CVT ACQUISITION, INC. | Bank Name: | The Bank of New York Mellon |
| | | Account: | 9200-******78-19 - Checking Account |
| Taxpayer ID #: | **-***9386 | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 11/25/13 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 53.94 | 26,272.54 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 52.04 | 26,220.50 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 59.11 | 26,161.39 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 51.82 | 26,109.57 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 57.06 | 26,052.51 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 55.16 | 25,997.35 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 49.71 | 25,947.64 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 58.48 | 25,889.16 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 53.04 | 25,836.12 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 51.17 | 25,784.95 |
| 01/17/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033049088 20130117 | 9999-000 | | 25,784.95 | 0.00 |

| | | | |
| --- | --- | --- | --- |
| ACCOUNT TOTALS | 26,766.38 | 26,766.38 | $0.00 |
| Less: Bank Transfers | 26,748.45 | 25,784.95 | |
| Subtotal | 17.93 | 981.43 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $17.93 | $981.43 | |

{} Asset reference(s)

Exhibit B

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

| Case Number: | 08-72154 | Trustee: | MEGAN G. HEEG (330490) |
| --- | --- | --- | --- |
| Case Name: | CVT ACQUISITION, INC. | Bank Name: | Rabobank, N.A. |
| | | Account: | ****106219 - Checking Account |
| Taxpayer ID #: | **-***9386 | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 11/25/13 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 01/18/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 25,784.95 | | 25,784.95 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.55 | 25,745.40 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.56 | 25,710.84 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.74 | 25,675.10 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.38 | 25,635.72 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.10 | 25,597.62 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.36 | 25,563.26 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.44 | 25,522.82 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.70 | 25,486.12 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.43 | 25,450.69 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.27 | 25,410.42 |

|  |  |  |
| --- | --- | --- |
| ACCOUNT TOTALS | 25,784.95 | 374.53 | $25,410.42 |
| Less: Bank Transfers | 25,784.95 | 0.00 | |
| Subtotal | 0.00 | 374.53 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $374.53 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| MMA # ***-*****78-65 | 26,704.49 | 0.00 | 0.00 |
| TIA # ***-*****78-19 | 43.39 | 0.00 | 0.00 |
| MMA # 9200-******78-65 | 0.57 | 0.00 | 0.00 |
| Checking # 9200-******78-19 | 17.93 | 981.43 | 0.00 |
| Checking # ****106219 | 0.00 | 374.53 | 25,410.42 |
| | $26,766.38 | $1,355.96 | $25,410.42 |

{} Asset reference(s)  Printed: 11/25/2013 03:35 PM  V.13.13

# Claims Proposed Distribution

## Case:  CVT ACQUISITION, INC.

Report Includes ONLY Claims with a Proposed Distribution

| Case Balance: | $25,410.42 | Total Proposed Payment: | $25,410.42 | Remaining Balance: | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | Attys Bernard J. Natale and Scott Hillison <br> <3220-00  Attorney for Trustee Expenses (Other Firm)> | Admin Ch. 7 | 11.15 | 11.15 | 0.00 | 11.15 | 9.89 | 25,400.53 |
| | Attys Bernard J. Natale and Scott Hillison <br> <3210-00  Attorney for Trustee Fees (Other Firm)> | Admin Ch. 7 | 12,196.00 | 12,196.00 | 0.00 | 12,196.00 | 10,816.82 | 14,583.71 |
| | Carl C. Swanson, CPA <br> <3410-00  Accountant for Trustee Fees (Other Firm)> | Admin Ch. 7 | 5,738.00 | 5,738.00 | 0.00 | 5,738.00 | 5,089.12 | 9,494.59 |
| | Ehrmann Gehlbach Badger Lee & Considine, LLC <br> <3120-00  Attorney for Trustee Expenses (Trustee Firm)> | Admin Ch. 7 | 454.46 | 454.46 | 0.00 | 454.46 | 403.07 | 9,091.52 |
| | Ehrmann Gehlbach Badger Lee & Considine, LLC <br> <3110-00  Attorney for Trustee Fees (Trustee Firm)> | Admin Ch. 7 | 6,706.25 | 6,706.25 | 0.00 | 6,706.25 | 5,947.87 | 3,143.65 |
| | MEGAN G. HEEG <br> <2200-00  Trustee Expenses> | Admin Ch. 7 | 117.83 | 117.83 | 0.00 | 117.83 | 104.51 | 3,039.14 |
| | MEGAN G. HEEG <br> <2100-00  Trustee Compensation> | Admin Ch. 7 | 3,426.64 | 3,426.64 | 0.00 | 3,426.64 | 3,039.14 | 0.00 |
| | **Total for Case 08-72154 :** | | **$28,650.33** | **$28,650.33** | **$0.00** | **$28,650.33** | **$25,410.42** | |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| **Total Administrative Claims :** | $28,650.33 | $28,650.33 | $0.00 | $25,410.42 | 88.691544% |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-72154
Case Name: CVT ACQUISITION, INC.
Trustee Name: MEGAN G. HEEG

**Balance on hand:**　　$　　25,410.42

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1* | Ann Arbor Machine Co, LLC 08-72152 | 2,615,737.00 | 0.00 | 0.00 | 0.00 |
| 14 | Fifth Third Bank | 1,039,340.54 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:　$　　0.00
Remaining balance:　$　　25,410.42

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MEGAN G. HEEG | 3,426.64 | 0.00 | 3,039.14 |
| Trustee, Expenses - MEGAN G. HEEG | 117.83 | 0.00 | 104.51 |
| Attorney for Trustee, Fees - Attys Bernard J. Natale and Scott Hillison | 12,196.00 | 0.00 | 10,816.82 |
| Attorney for Trustee, Expenses - Attys Bernard J. Natale and Scott Hillison | 11.15 | 0.00 | 9.89 |
| Accountant for Trustee, Fees - Carl C. Swanson, CPA | 5,738.00 | 0.00 | 5,089.12 |
| Attorney for Trustee Fees - Ehrmann Gehlbach Badger Lee & Considine, LLC | 6,706.25 | 0.00 | 5,947.87 |
| Attorney for Trustee Expenses - Ehrmann Gehlbach Badger Lee & Considine, LLC | 454.46 | 0.00 | 403.07 |

Total to be paid for chapter 7 administration expenses:　$　　25,410.42
Remaining balance:　$　　0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:　$　　0.00
Remaining balance:　$　　0.00

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $6,757.62 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 10 | Mark S. Bender | 2,779.84 | 0.00 | 0.00 |
| 11 | United States Dept of Labor | 1,638.13 | 0.00 | 0.00 |
| 12 | United States Dept of Labor | 0.00 | 0.00 | 0.00 |
| 13 | United States Dept of Labor | 0.00 | 0.00 | 0.00 |
| 25 | Internal Revenue Service | 2,339.65 | 0.00 | 0.00 |

Total to be paid for priority claims:    $    0.00
Remaining balance:    $    0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 55,561,731.54 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Industrial Precision | 5,723.81 | 0.00 | 0.00 |
| 2 | Arthur Machinery, Inc. | 17,470.00 | 0.00 | 0.00 |
| 2* | Accuride Corporation 08-72152 | 18,175,276.12 | 0.00 | 0.00 |
| 3 | Computype, Inc. | 9,033.35 | 0.00 | 0.00 |
| 3* | Gunite Corporation 08-72152 | 18,175,276.12 | 0.00 | 0.00 |
| 4 | McMaster Carr | 15,223.30 | 0.00 | 0.00 |
| 4* | General Electric Capital Corp  08-72152 | 0.00 | 0.00 | 0.00 |
| 5 | Sentinel Fluid Controls | 178,786.51 | 0.00 | 0.00 |
| 6 | Fitzgerald Equipment | 10,382.89 | 0.00 | 0.00 |
| 7 | Premium Oil | 26,528.74 | 0.00 | 0.00 |
| 8 | WilliamsMcCarthy LLP | 54,771.84 | 0.00 | 0.00 |
| 9 | Makerite Manufacturing Co. | 6,810.00 | 0.00 | 0.00 |
| 10 | Mark S. Bender | 5,025.00 | 0.00 | 0.00 |
| 11 | United States Dept of Labor | 36,890.35 | 0.00 | 0.00 |
| 12 | United States Dept of Labor | 0.00 | 0.00 | 0.00 |
| 13 | United States Dept of Labor | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

| | | | | |
|---|---|---:|---:|---:|
| 15 | Nelson & Storm Tool Supply Company | | 0.00 | 0.00 |
| 15 -2 | Nelson & Storm Tool Supply Company | 216,765.48 | 0.00 | 0.00 |
| 16 | Nelson & Storm Tool Supply Company | 153,989.24 | 0.00 | 0.00 |
| 17 | Accuride Corporation | 0.00 | 0.00 | 0.00 |
| 18 | Granite Corporation | 0.00 | 0.00 | 0.00 |
| 19 | Nelson Carlson Mechanical Contractors | 0.00 | 0.00 | 0.00 |
| 19 -2 | Nelson Carlson Mechanical Contractors | 0.00 | 0.00 | 0.00 |
| 19 -3 | Nelson Carlson Mechanical Contractors | 4,450.00 | 0.00 | 0.00 |
| 20 | Roper Whitney Of Rockford, Inc. | 294,052.67 | 0.00 | 0.00 |
| 21 | Gunite Corporation | 18,175,276.12 | 0.00 | 0.00 |

　　　　　　　　　　Total to be paid for timely general unsecured claims:　　$　　0.00
　　　　　　　　　　Remaining balance:　　$　　0.00

Tardily filed claims of general (unsecured) creditors totaling $ 15,068.88 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 22 | Custom Gear & Machine, Inc. | 3,975.00 | 0.00 | 0.00 |
| 23 | N.D. King | 5,430.42 | 0.00 | 0.00 |
| 24 | Nicholas W. Yoder | 5,663.46 | 0.00 | 0.00 |

　　　　　　　　　　Total to be paid for tardy general unsecured claims:　　$　　0.00
　　　　　　　　　　Remaining balance:　　$　　0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

　　　　　　　　　　Total to be paid for subordinated claims:　$　　0.00
　　　　　　　　　　Remaining balance:　　$　　0.00

UST Form 101-7-TFR (05/1/2011)

**UST Form 101-7-TFR (05/1/2011)**