UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION

| | | |
|---|---|---|
| In re: CVT ACQUISITION, INC. | § | Case No. 08-72154 |
| | § | |
| CHERRY VALLEY TOOL & MACHINE | § | |
| Debtor(s) CVT SERVICES, LLC    08-72152 | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MEGAN G. HEEG_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
U.S. Bankruptcy Court
Stanley J. Rozkowski U.S. Courthouse
327 S. Church Street
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30 on 12/18/2013 in Courtroom 3100, United States Courthouse, 327 S. Church Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated: 11/25/2013        By: /s/MEGAN G. HEEG
                                                       Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL  61021
(815) 288-4949
heeg@egblc.com

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# ROCKFORD DIVISION

In re: CVT ACQUISITION, INC. § Case No. 08-72154
§
CHERRY VALLEY TOOL & MACHINE §
Debtor(s) CVT SERVICES, LLC   08-72152 §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 26,766.38 |
| and approved disbursements of | $ 1,355.96 |
| leaving a balance on hand of [1] | $ 25,410.42 |
| **Balance on hand:** | $ 25,410.42 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1* | Ann Arbor Machine Co, LLC 08-72152 | 2,615,737.00 | 0.00 | 0.00 | 0.00 |
| 14 | Fifth Third Bank | 1,039,340.54 | 0.00 | 0.00 | 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 25,410.42 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MEGAN G. HEEG | 3,426.64 | 0.00 | 3,039.14 |
| Trustee, Expenses - MEGAN G. HEEG | 117.83 | 0.00 | 104.51 |
| Attorney for Trustee, Fees - Attys Bernard J. Natale and Scott Hillison | 12,196.00 | 0.00 | 10,816.82 |
| Attorney for Trustee, Expenses - Attys Bernard J. Natale and Scott Hillison | 11.15 | 0.00 | 9.89 |
| Accountant for Trustee, Fees - Carl C. Swanson, CPA | 5,738.00 | 0.00 | 5,089.12 |
| Attorney for Trustee Fees - Ehrmann Gehlbach Badger Lee & Considine, LLC | 6,706.25 | 0.00 | 5,947.87 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| | | | |
|---|---|---|---|
| Attorney for Trustee Expenses - Ehrmann Gehlbach Badger Lee & Considine, LLC | | 0.00 | 403.07 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administration expenses: | $ | 25,410.42 |
| Remaining balance: | $ | 0.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $6,757.62 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 10 | Mark S. Bender | 2,779.84 | 0.00 | 0.00 |
| 11 | United States Dept of Labor | 1,638.13 | 0.00 | 0.00 |
| 12 | United States Dept of Labor | 0.00 | 0.00 | 0.00 |
| 13 | United States Dept of Labor | 0.00 | 0.00 | 0.00 |
| 25 | Internal Revenue Service | 2,339.65 | 0.00 | 0.00 |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 55,561,731.54 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Industrial Precision | 5,723.81 | 0.00 | 0.00 |
| 2 | Arthur Machinery, Inc. | 17,470.00 | 0.00 | 0.00 |
| 2* | Accuride Corporation 08-72152 | 18,175,276.12 | 0.00 | 0.00 |

UST Form 101-7-NFR (10/1/2010)

| | | | | |
|---|---|---:|---:|---:|
| 3 | Computype, Inc. | | 0.00 | 0.00 |
| 3* | Gunite Corporation 08-72152 | 18,175,276.12 | 0.00 | 0.00 |
| 4 | McMaster Carr | 15,223.30 | 0.00 | 0.00 |
| 4* | General Electric Capital Corp 08-72152 | 0.00 | 0.00 | 0.00 |
| 5 | Sentinel Fluid Controls | 178,786.51 | 0.00 | 0.00 |
| 6 | Fitzgerald Equipment | 10,382.89 | 0.00 | 0.00 |
| 7 | Premium Oil | 26,528.74 | 0.00 | 0.00 |
| 8 | WilliamsMcCarthy LLP | 54,771.84 | 0.00 | 0.00 |
| 9 | Makerite Manufacturing Co. | 6,810.00 | 0.00 | 0.00 |
| 10 | Mark S. Bender | 5,025.00 | 0.00 | 0.00 |
| 11 | United States Dept of Labor | 36,890.35 | 0.00 | 0.00 |
| 12 | United States Dept of Labor | 0.00 | 0.00 | 0.00 |
| 13 | United States Dept of Labor | 0.00 | 0.00 | 0.00 |
| 15 | Nelson & Storm Tool Supply Company | 0.00 | 0.00 | 0.00 |
| 15 -2 | Nelson & Storm Tool Supply Company | 216,765.48 | 0.00 | 0.00 |
| 16 | Nelson & Storm Tool Supply Company | 153,989.24 | 0.00 | 0.00 |
| 17 | Accuride Corporation | 0.00 | 0.00 | 0.00 |
| 18 | Granite Corporation | 0.00 | 0.00 | 0.00 |
| 19 | Nelson Carlson Mechanical Contractors | 0.00 | 0.00 | 0.00 |
| 19 -2 | Nelson Carlson Mechanical Contractors | 0.00 | 0.00 | 0.00 |
| 19 -3 | Nelson Carlson Mechanical Contractors | 4,450.00 | 0.00 | 0.00 |
| 20 | Roper Whitney Of Rockford, Inc. | 294,052.67 | 0.00 | 0.00 |
| 21 | Gunite Corporation | 18,175,276.12 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims:   $   0.00
Remaining balance:   $   0.00

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 15,068.88 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 22 | Custom Gear & Machine, Inc. | 3,975.00 | 0.00 | 0.00 |
| 23 | N.D. King | 5,430.42 | 0.00 | 0.00 |
| 24 | Nicholas W. Yoder | 5,663.46 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims:  $ 0.00
Remaining balance:  $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance:  $ 0.00

Prepared By: /s/MEGAN G. HEEG
Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL  61021
(815) 288-4949
heeg@egblc.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 08-72154-TML
CVT Acquisition, Inc.                                                     Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-3         User: jclarke            Page 1 of 2             Date Rcvd: Nov 27, 2013
                             Form ID: pdf006          Total Noticed: 54

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 29, 2013.
```
db         +CVT Acquisition, Inc.,    412 18th Avenue,    Rockford, IL 61104-5129
12834334   +Accuride Corporation,    Daniel M. Blouin Esq,    Seyfarth Shaw LLP,    131 S Dearborn St Ste 2400,
             Chicago, IL 60603-5863
13462348   +Accuride Corporation,    c/o Daniel M Blouin Esq,    Seyfarth Shaw LLP,
             131 S Dearborn St Suite 2400,    Chicago IL 60603-5863
13462345   +Ann Arbor Machine Co LLC,    c/o Harvey R Weingarden Esq,     26862 Woodward Ave Suite 200,
             Royal Oak, MI 48067-0959
13462346   +Ann Arbor Machine Company,    Ann Arbor Machine Company LLC,    c/o Atty Joshua A Lerner,
             26862 Woodward Avenue Suite 200,    Royal Oak MI 48067-0959
12834416   +Attn: General Counsel,    7140 Office Circle,    P.O. Box 15600,    Evansville, IN 47716-0600
14076539   +Atty. Kim Casey,    Holmstrom & Kennedy PC,    PO Box 589,   Rockford, IL 61105-0589
12394220   +Business Advisors Group, LLC,    801 Perryville Road,    Rockford, IL 61107-6209
13462342   +CVT Services LLC,    412 18th Avenue,    Rockford, IL 61104-5129
12394221   +Computype, Inc.,    2285 West Country Road C,    St. Paul, MN 55113-2567
14120232   +Custom Gear & Machine, Inc.,    %Kim M. Casey,    Holmstrom & Kennedy, P.C.,
             800 n. Church St., P. O. Box 589,    Rockford, IL 61105-0589
13644984   +DCGG LLC,    321 W State St,    Rockford, IL 61101-1137
12394223   +DEGG, LLC,    C/O Williams & McCarthy,    321 West State Street,    Rockford, IL 61101-1137
12394224   +DJNK, LLC,    C/O Williams & McCarthy,    321 West State Street,    Rockford, IL 61101-1134
12394222   +David Casazza,    C/O Williams & McCarthy,    321 West State Street,    Rockford, IL 61101-1137
13644985   +Dr. Guatam Gupta,    1660 N Mulford Rd,    Rockford, IL 61107-2539
12394225   +Fanue America Corporation,    1800 Lakewood Blvd.,    Huffman Estates, IL 60192-5008
12394226   +Fifth Third Bank,    %Robert D. Nachman,    Dykema Gossette PLLC,    10 S Wacker Dr Ste 2300,
             Chicago, IL 60606-7439
13644986   +Fifth-Third Bank,    c/o Dykema Gossett PLLC,    10 S Wacker Dr Ste #2300,    Chicago, IL 60606-7509
12394227   +Fitzgerald Equipment,    4650 Boegin Drive,    Rockfored, IL 61109-2996
12394228   +G&K Services,    5611 11th Street,    Rockford, IL 61109-3654
13462344    GE Commercial Finance,    PO Box 822108,    Philadephia, PA 19182-2108
13462350   +General Electric Capital Corporation,     c/o Reed Smith LLP (Alexander dTerras),
             10 S Wacker Drive 40th Floor,    Chicago IL 60606-7506
12834418   +Granite Corporation,    Attn: General Counsel,    7140 Office Circle,    P.O. Box 15600,
             Evansville, IN 47716-0600
12394229   +Grede Foundries,    6432 West State Street,    Milwwaukee, WI 53213-2910
12394230   +Guatam Cupta,    C/O Williams & McCarthy,    321 West State Street,    Rockford, IL 61101-1137
13462347   +Gunite Corporation,    Attn: General Counsel,    7140 Office Circle,    P.O. Box 15600,
             Evansville, IN 47716-0600
12394231   +Gunite Corporation,    C/O Accuride Corporation,    PO Bo 15600,    Evansville, IN 47716-0600
13462349   +Gunite Corporation,    c/o Daniel M Blouin Esq,    Seyfarth Shaw LLP,
             131 S Dearborn Street Suite 2400,    Chicago IL 60603-5863
12448547   +Industrial Precision,    6861 Tipple Road,    Rockford IL 61102-4459
12394232   +Kadon Precision Machining,    3744 Publishers Drive,    Rockforde, IL 61109-6316
12394233   +Ken A. Kore Solutions, Inc.,    487 J. Street,    Perrysburg, OH 43551-4303
14338695    M Larry Lefoldt CPA,    Lefoldt & Company,    POB 2848,   Ridgeland MS 39158-2848
12394234   +Makerite Manufacturing Co.,    PO Box 700,    Roscoe, IL 61073-0700
12394235   +Makino,    1135 Jansen Farm Road,    Elgin, IL 60123-2596
12394236   +Mark S. Bender,    4870 Fielding Road,    Rockford, IL 61102-4513
12394237   +McMaster Carr,    355 East Romans Road,    Elmhurst, IL 60126-2035
12394238    Metal Working Products,    1 Pole Dyne Place,    Lauengne, TN 37086
12394239   +Nelson & Storm Tool Supply Co.,     2303 11th Street,    PO Box 5447,   Rockford, IL 61125-0447
12834117   +Nelson & Storm Tool Supply Company,    %Atty Bradley Koch,    800 N Church St,
             Rockford, IL 61103-6919
12835606   +Nelson Carlson Mechanical Contractors,     %Atty Timothy Miller,    POB 4749,
             Rockford, IL 61110-4749
14291848  #+Nicholas W. Yoder,    7569 LaMain Dr,    Rockford, IL 61103-7723
12394240   +Northern Illinois Health Plan,    PO Box 880,    Freeport, IL 61032-0880
12394242   +Premium Oil,    923 Fairview Court,    Rockford, IL 61101-5952
12394243   +Rigging Services,    4210 11th Street,    Rockford, IL 61109-3070
12394244   +Roper Whitney Of Rockford, Inc.,    2833 Huffman Blvd.,    Rockford, IL 61103-3990
12394245   +Sentinel Fluid Controls,    5702 Opportunity Drive,    Toledo, OH 43612-2903
12832574   +United States Dept of Labor,    200 W Adams St Ste 1600,    Chicago, IL 60606-5228
12669941    WilliamsMcCarthy LLP,    PO Box 219,    Rockford, IL  61105-0219
12394246   +Willilams & McCarthy,    321 West State Street,    Rockford, IL 61101-1137
12394247   +Wood Place,    4701 East State Street,    Rockford, IL 61108-2206
12394218   +Yalden Olsen & Willette,    1318 E State St,    Rockford, IL 61104-2228

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
12394219   +E-mail/Text: bncnotice@oakpointpartners.com Nov 28 2013 02:09:50      Arthur Machinery, Inc.,
             2501 Ladmeier Road,    Elk Grove Village, IL 60007-2622
19977859    E-mail/Text: cio.bncmail@irs.gov Nov 28 2013 02:09:12      Internal Revenue Service,
             P.O. Box 7346,    Philadelphia, PA   19101-7346
                                                                                              TOTAL: 2
```

```
District/off: 0752-3           User: jclarke              Page 2 of 2                   Date Rcvd: Nov 27, 2013
                               Form ID: pdf006            Total Noticed: 54

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             Emily R Vivian
12394217*      +CVT Acquisition Inc,    412 18th Avenue,   Rockford, IL 61104-5129
12834429*      +Granite Corporation,    Attn: General Counsel,    7140 Office Circle,   P.O. Box 15600,
                 Evansville, IN 47716-0600
13462343*      +Yalden Olsen & Willette,    1318 E State St,   Rockford, IL 61104-2228
14267573      ##+N.D. King,    5707 Willow Oak Dr,    Ooltewah, TN 37363-5823
12394241      ##+Physicians Immediate Care,    4350 Morsay Drive,   Rockforde, IL 61107-4877
                                                                                            TOTALS: 1, * 3, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2013                                    Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 26, 2013 at the address(es) listed below:
              Bernard J Natale    on behalf of Trustee Megan G Heeg natalelaw@bjnatalelaw.com
              Bernard J Natale    on behalf of Plaintiff Trustee Megan G  Heeg natalelaw@bjnatalelaw.com
              Bernard J Natale    on behalf of Spec. Counsel Bernard J Natale natalelaw@bjnatalelaw.com
              Bradley T Koch    on behalf of Creditor    Nelson & Storm Tool Supply Company bkoch@holmstromlaw.com
              Carole J. Ryczek     on behalf of Accountant Carl C Swanson carole.ryczek@usdoj.gov
              Carole J. Ryczek     on behalf of Trustee Megan G Heeg carole.ryczek@usdoj.gov
              Daniel M Donahue    on behalf of Creditor Eddie R Blaylock ddonahue@mjwpc.com
              Joseph D Olsen    on behalf of Debtor      CVT Services, LLC jolsenlaw@aol.com
              Joseph D Olsen    on behalf of Debtor      CVT Acquisition, Inc. jolsenlaw@aol.com
              Kim M. Casey     on behalf of Creditor    Custom Gear & Machine, Inc. kcasey@holmstromlaw.com
              Megan G Heeg      heeg@egblc.com, IL55@ecfcbis.com
              Megan G Heeg    on behalf of Trustee Megan G Heeg heeg@egblc.com
              Patrick S Layng     USTPRegion11.MD.ECF@usdoj.gov
              Robert D Nachman    on behalf of Creditor    Fifth Third Bank (Chicago) robert.nachman@bfkn.com,
               jean.montgomery@bfkn.com;mark.mackowiak@bfkn.com
              Scott E Hillison    on behalf of Trustee Megan G Heeg hillison@pacatrust.com
              Scott E Hillison    on behalf of Spec. Counsel Bernard J Natale hillison@pacatrust.com
              Scott E Hillison    on behalf of Plaintiff Trustee Megan G  Heeg hillison@pacatrust.com
                                                                                             TOTAL: 17
```