## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## ROCKFORD DIVISION

| | | |
|---|---|---|
| In re: CVT ACQUISITION, INC. | § | Case No. 08-72154 |
| | § | |
| CHERRY VALLEY TOOL & MACHINE | § | |
| Debtor(s) CVT SERVICES, LLC    08-72152 | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

MEGAN G. HEEG, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:  $1,100,000.00                    Assets Exempt:  $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants:$0.00                  Claims Discharged
                                                       Without Payment: $56,130,927.04

Total Expenses of Administration:$26,766.38

---

3)  Total gross receipts of $      26,766.38      (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $          0.00      (see **Exhibit 2** ), yielded net receipts of $26,766.38 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $4,750,000.00 | $3,655,077.54 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
|   CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 30,006.29 | 30,006.29 | 26,766.38 |
|   PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
|   PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 7,065.00 | 6,757.62 | 6,757.62 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 2,120,556.82 | 92,153,018.14 | 55,576,800.42 | 0.00 |
| **TOTAL DISBURSEMENTS** | $6,877,621.82 | $95,844,859.59 | $55,613,564.33 | $26,766.38 |

4)  This case was originally filed under Chapter 7 on July 08, 2008.
The case was pending for 66 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/15/2014_____    By: _/s/MEGAN G. HEEG_____
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Other personal property (scheduled) | 1129-001 | 25,000.00 |
| Interest in insurance policies | 1229-000 | 1,626.00 |
| Other Personal Property (unscheduled) | 1229-000 | 76.79 |
| Interest Income | 1270-000 | 63.59 |
| **TOTAL GROSS RECEIPTS** | | $26,766.38 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1* | Ann Arbor Machine Co, LLC 08-72152 | 4220-000 | unknown | 2,615,737.00 | 0.00 | 0.00 |
| 14 | Fifth Third Bank | 4210-000 | 1,750,000.00 | 1,039,340.54 | 0.00 | 0.00 |
| NOTFILED | (blank name) | 4110-000 | 750,000.00 | N/A | N/A | 0.00 |
| NOTFILED | (blank name) | 4110-000 | 750,000.00 | N/A | N/A | 0.00 |
| NOTFILED | (blank name) | 4110-000 | 750,000.00 | N/A | N/A | 0.00 |
| NOTFILED | (blank name) | 4110-000 | 750,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $4,750,000.00 | $3,655,077.54 | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MEGAN G. HEEG | 2100-000 | N/A | 3,426.64 | 3,426.64 | 3,039.14 |
| MEGAN G. HEEG | 2200-000 | N/A | 117.83 | 117.83 | 104.51 |
| Ehrmann Gehlbach Badger Lee & Considine, LLC | 3110-000 | N/A | 6,706.25 | 6,706.25 | 5,947.87 |
| Ehrmann Gehlbach Badger Lee & Considine, LLC | 3120-000 | N/A | 454.46 | 454.46 | 403.07 |
| Attys Bernard J. Natale and Scott Hillison | 3210-000 | N/A | 12,196.00 | 12,196.00 | 10,816.82 |
| Attys Bernard J. Natale and Scott Hillison | 3220-000 | N/A | 11.15 | 11.15 | 9.89 |
| Carl C. Swanson, CPA | 3410-000 | N/A | 5,738.00 | 5,738.00 | 5,089.12 |
| The Bank of New York Mellon | 2600-000 | N/A | 49.23 | 49.23 | 49.23 |
| The Bank of New York Mellon | 2600-000 | N/A | 60.40 | 60.40 | 60.40 |
| The Bank of New York Mellon | 2600-000 | N/A | 54.77 | 54.77 | 54.77 |
| The Bank of New York Mellon | 2600-000 | N/A | 52.84 | 52.84 | 52.84 |
| The Bank of New York Mellon | 2600-000 | N/A | 58.19 | 58.19 | 58.19 |
| The Bank of New York Mellon | 2600-000 | N/A | 54.43 | 54.43 | 54.43 |
| The Bank of New York Mellon | 2600-000 | N/A | 57.79 | 57.79 | 57.79 |
| The Bank of New York Mellon | 2600-000 | N/A | 52.25 | 52.25 | 52.25 |
| The Bank of New York Mellon | 2600-000 | N/A | 53.94 | 53.94 | 53.94 |
| The Bank of New York Mellon | 2600-000 | N/A | 52.04 | 52.04 | 52.04 |
| The Bank of New York Mellon | 2600-000 | N/A | 59.11 | 59.11 | 59.11 |
| The Bank of New York Mellon | 2600-000 | N/A | 51.82 | 51.82 | 51.82 |
| The Bank of New York Mellon | 2600-000 | N/A | 57.06 | 57.06 | 57.06 |
| The Bank of New York Mellon | 2600-000 | N/A | 55.16 | 55.16 | 55.16 |
| The Bank of New York Mellon | 2600-000 | CLAIMS SCHEDULED | 49.71 | 49.71 | 49.71 |
| The Bank of New York Mellon | 2600-000 | N/A | 58.48 | 58.48 | 58.48 |
| The Bank of New York Mellon | 2600-000 | N/A | 53.04 | 53.04 | 53.04 |
| The Bank of New York Mellon | 2600-000 | N/A | 51.17 | 51.17 | 51.17 |
| Rabobank, N.A. | 2600-000 | N/A | 39.55 | 39.55 | 39.55 |
| Rabobank, N.A. | 2600-000 | N/A | 34.56 | 34.56 | 34.56 |
| Rabobank, N.A. | 2600-000 | N/A | 35.74 | 35.74 | 35.74 |
| Rabobank, N.A. | 2600-000 | N/A | 39.38 | 39.38 | 39.38 |
| Rabobank, N.A. | 2600-000 | N/A | 38.10 | 38.10 | 38.10 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 34.36 | 34.36 | 34.36 |
| Rabobank, N.A. | 2600-000 | N/A | 40.44 | 40.44 | 40.44 |
| Rabobank, N.A. | 2600-000 | N/A | 36.70 | 36.70 | 36.70 |
| Rabobank, N.A. | 2600-000 | N/A | 35.43 | 35.43 | 35.43 |
| Rabobank, N.A. | 2600-000 | N/A | 40.27 | 40.27 | 40.27 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $30,006.29 | $30,006.29 | $26,766.38 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 10 | Mark S. Bender | 5400-000 | 7,065.00 | 2,779.84 | 2,779.84 | 0.00 |
| 11 | United States Dept of Labor | 5400-000 | N/A | 1,638.13 | 1,638.13 | 0.00 |
| 12 | United States Dept of Labor | 5400-000 | N/A | N/A | 0.00 | 0.00 |
| 13 | United States Dept of Labor | 5400-000 | N/A | N/A | 0.00 | 0.00 |
| 25 | Internal Revenue Service | 5200-000 | N/A | 2,339.65 | 2,339.65 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $7,065.00 | $6,757.62 | $6,757.62 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Industrial Precision | 7100-000 | N/A | 5,723.81 | 5,723.81 | 0.00 |
| 2 | Arthur Machinery, Inc. | 7100-000 | 9,859.00 | 17,470.00 | 17,470.00 | 0.00 |
| 2* | Accuride Corporation 08-72152 | 7100-000 | N/A | 18,175,276.12 | 18,175,276.12 | 0.00 |
| 3 | Computype, Inc. | 7100-000 | 9,033.00 | 9,033.35 | 9,033.35 | 0.00 |
| 3* | Gunite Corporation 08-72152 | 7100-000 | unknown | 18,175,276.12 | 18,175,276.12 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | McMaster Carr | 7100-000 | 15,223.00 | 15,223.30 | 15,223.30 | 0.00 |
| 4* | General Electric Capital Corp  08-72152 | 7100-000 | unknown | N/A | N/A | 0.00 |
| 5 | Sentinel Fluid Controls | 7100-000 | 114,180.00 | 178,786.51 | 178,786.51 | 0.00 |
| 6 | Fitzgerald Equipment | 7100-000 | 10,383.00 | 10,382.89 | 10,382.89 | 0.00 |
| 7 | Premium Oil | 7100-000 | 23,794.00 | 26,528.74 | 26,528.74 | 0.00 |
| 8 | WilliamsMcCarthy LLP | 7100-000 | N/A | 54,771.84 | 54,771.84 | 0.00 |
| 9 | Makerite Manufacturing Co. | 7100-000 | 22,380.00 | 6,810.00 | 6,810.00 | 0.00 |
| 10 | Mark S. Bender | 7100-000 | N/A | 5,025.00 | 5,025.00 | 0.00 |
| 11 | United States Dept of Labor | 7100-000 | N/A | 36,890.35 | 36,890.35 | 0.00 |
| 12 | United States Dept of Labor | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 13 | United States Dept of Labor | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 15 | Nelson & Storm Tool Supply Company | 7100-000 | 382,863.00 | 216,765.48 | 0.00 | 0.00 |
| 15 -2 | Nelson & Storm Tool Supply Company | 7100-000 | N/A | 216,765.48 | 216,765.48 | 0.00 |
| 16 | Nelson & Storm Tool Supply Company | 7100-000 | N/A | 153,989.24 | 153,989.24 | 0.00 |
| 17 | Accuride Corporation | 7100-000 | 750,000.00 | 18,175,276.12 | 0.00 | 0.00 |
| 18 | Granite Corporation | 7100-000 | unknown | 18,175,276.12 | 0.00 | 0.00 |
| 19 | Nelson Carlson Mechanical Contractors | 7100-000 | N/A | 4,450.00 | 0.00 | 0.00 |
| 19 -2 | Nelson Carlson Mechanical Contractors | 7100-000 | N/A | 4,450.00 | 0.00 | 0.00 |
| 19 -3 | Nelson Carlson Mechanical Contractors | 7100-000 | N/A | 4,450.00 | 4,450.00 | 0.00 |
| 20 | Roper Whitney Of Rockford, Inc. | 7100-000 | 133,668.00 | 294,052.67 | 294,052.67 | 0.00 |
| 21 | Gunite Corporation | 7100-000 | 96,374.00 | 18,175,276.12 | 18,175,276.12 | 0.00 |
| 22 | Custom Gear & Machine, Inc. | 7200-000 | N/A | 3,975.00 | 3,975.00 | 0.00 |
| 23 | N.D. King | 7200-000 | 5,430.82 | 5,430.42 | 5,430.42 | 0.00 |
| 24 | Nicholas W. Yoder | 7200-000 | N/A | 5,663.46 | 5,663.46 | 0.00 |
| NOTFILED | Kadon Precision Machining | 7100-000 | 18,785.00 | N/A | N/A | 0.00 |
| NOTFILED | Business Advisors Group, LLC | 7100-000 | 12,337.00 | N/A | N/A | 0.00 |
| NOTFILED | Guatam Cupta C/O Williams & McCarthy | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | G&K Services | 7100-000 | 16,055.00 | N/A | N/A | 0.00 |
| NOTFILED | Grede Foundries | 7100-000 | 11,146.00 | N/A | N/A | 0.00 |
| NOTFILED | Fanue America Corporation | 7100-000 | 19,255.00 | N/A | N/A | 0.00 |
| NOTFILED | DEGG, LLC C/O Williams & McCarthy | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | DJNK, LLC C/O Williams & McCarthy | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Metal Working Products | 7100-000 | 26,826.00 | N/A | N/A | 0.00 |
| NOTFILED | Ken A. Kore Solutions, Inc. | 7100-000 | 206,829.00 | N/A | N/A | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Wood Place | 7100-000 | 112,448.00 | N/A | N/A | 0.00 |
| NOTFILED | Rigging Services | 7100-000 | 15,870.00 | N/A | N/A | 0.00 |
| NOTFILED | Willilams & McCarthy | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Physicians Immediate Care | 7100-000 | 15,329.00 | N/A | N/A | 0.00 |
| NOTFILED | Northern Illinois Health Plan | 7100-000 | 80,141.00 | N/A | N/A | 0.00 |
| NOTFILED | Makino | 7100-000 | 12,348.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $2,120,556.82 | $92,153,018.14 | $55,576,800.42 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | | |
|---|---|---|
| **Case Number:** 08-72154 | **Trustee:** | (330490)   MEGAN G. HEEG |
| **Case Name:** CVT ACQUISITION, INC. | **Filed (f) or Converted (c):** | 07/08/08 (f) |
| | **§341(a) Meeting Date:** | 08/01/08 |
| **Period Ending:** 01/15/14 | **Claims Bar Date:** | 11/12/08 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Other personal property (scheduled)<br>interest in PO's, doosans, conveyor | 0.00 | 25,000.00 | | 25,000.00 | FA |
| 2 | Financial accounts, financial institution shares<br>Blackhawk Bank - checking | Unknown | 0.00 | | 0.00 | FA |
| 3 | Financial accounts, financial institution shares<br>Fifth Third Bank (payroll acct and regular ckg) -<br>minimal in banks, savings and loan, Bank - checking -<br>niminal building and loan, and | Unknown | 0.00 | | 0.00 | FA |
| 4 | Financial accounts, financial institution shares<br>National City - checking brokerage houses, or | Unknown | 0.00 | | 0.00 | FA |
| 5 | IRA, ERISA, Keogh, pension, profit sharing plan<br>Administrator of a pension & profit sharing plan.<br>other pension or profit sharing plans. Give particulars. | 0.00 | 0.00 | | 0.00 | FA |
| 6 | Accounts receivable<br>Various records to be provided to Trustee. | 300,000.00 | 0.00 | | 0.00 | FA |
| 7 | Other contingent claims of every nature<br>Arbitration proceedings - all records available to<br>Trustee. In excess of $50,000.00 counterclaims of the<br>debtor, rights to setoff claims. Give value of each. | 50,000.00 | 0.00 | | 0.00 | FA |
| 8 | Customer lists or other compilations<br>customer list | 0.00 | 0.00 | | 0.00 | FA |
| 9 | Business machinery, fixtures, equip., supplies<br>Ann Arbor machine | 750,000.00 | 0.00 | | 0.00 | FA |
| 10 | Business machinery, fixtures, equip., supplies<br>Miscellaneous | Unknown | 0.00 | | 0.00 | FA |
| 11 | Interest in insurance policies  (u)<br>Insurance cancellation refund (Central Mutual Ins.<br>Co.) | 0.00 | 1,626.00 | | 1,626.00 | FA |
| 12 | Preference against Roper Whitney (156,312.70)  (u)<br>Payment of 156,312.70 to Roper Whitney (a<br>shareholder's company) | 0.00 | 0.00 | | 0.00 | FA |
| 13 | Potential transfer to Abrasive Machining  (u)<br>Abrasvie Machining may have received 800,000 in | 0.00 | 0.00 | | 0.00 | FA |

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 08-72154 | **Trustee:** (330490) MEGAN G. HEEG |
| **Case Name:** CVT ACQUISITION, INC. | **Filed (f) or Converted (c):** 07/08/08 (f) |
| | **§341(a) Meeting Date:** 08/01/08 |
| **Period Ending:** 01/15/14 | **Claims Bar Date:** 11/12/08 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | preferred stock as part of sale of Debtor's assets pre bankruptcy | | | | | |
| 14 | Other Personal Property (unscheduled) (u)<br>Apparent balance in debtor's acct with ADP | 0.00 | 76.79 | | 76.79 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 63.59 | FA |
| 15 | **Assets    Totals (Excluding unknown values)** | **$1,100,000.00** | **$26,702.79** | | **$26,766.38** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   March 30, 2010            **Current Projected Date Of Final Report (TFR):**   November 5, 2013  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 08-72154 | **Trustee:** MEGAN G. HEEG (330490) |
| **Case Name:** CVT ACQUISITION, INC. | **Bank Name:** JPMORGAN CHASE BANK, N.A. |
| | **Account:** ***.*****78-65 - Money Market Account |
| **Taxpayer ID #:** **-***9386 | **Blanket Bond:** $1,500,000.00 (per case limit) |
| **Period Ending:** 01/15/14 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/12/09 | {1} | Brillion Iron Works | interest in PO's doosans, conveyor | 1129-001 | 25,000.00 | | 25,000.00 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.57 | | 25,000.57 |
| 02/10/09 | | ACCOUNT FUNDED: ********7819 | | 9999-000 | | 25,000.00 | 0.57 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.37 | | 0.94 |
| 04/15/09 | {11} | Central Mutual Insurance Company | insurance cancellation refund | 1229-000 | 1,626.00 | | 1,626.94 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.03 | | 1,626.97 |
| 05/20/09 | {14} | Automatic Data Processing | Unlisted refund from data processing company | 1229-000 | 76.79 | | 1,703.76 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.06 | | 1,703.82 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.07 | | 1,703.89 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.07 | | 1,703.96 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.07 | | 1,704.03 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.06 | | 1,704.09 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.06 | | 1,704.15 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.07 | | 1,704.22 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.07 | | 1,704.29 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.06 | | 1,704.35 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.06 | | 1,704.41 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.07 | | 1,704.48 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.01 | | 1,704.49 |
| 04/06/10 | | Wire out to BNYM account 9200*****7865 | Wire out to BNYM account 9200*****7865 | 9999-000 | -1,704.49 | | 0.00 |
| 04/13/10 | | Transfer in from account ********7819 | Transfer in from account ********7819 | 9999-000 | 25,043.39 | | 25,043.39 |
| 04/13/10 | | Wire out to BNYM account 9200*****7819 | Wire out to BNYM account 9200*****7819 | 9999-000 | -25,043.39 | | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 25,000.00 | 25,000.00 | $0.00 |
| Less: Bank Transfers | -1,704.49 | 25,000.00 | |
| **Subtotal** | 26,704.49 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$26,704.49** | **$0.00** | |

{} Asset reference(s)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 08-72154 |
| Case Name: | CVT ACQUISITION, INC. |
| | |
| Taxpayer ID #: | **-***9386 |
| Period Ending: | 01/15/14 |

| | |
|---|---|
| Trustee: | MEGAN G. HEEG (330490) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****78-19 - Time Deposit Account |
| Blanket Bond: | $1,500,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Time Deposit Account Balance |
|---|---|---|---|---|---|---|---|
| 02/10/09 | | FUNDING ACCOUNT: ********7865 | | 9999-000 | 25,000.00 | | 25,000.00 |
| 08/10/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 18.50 | | 25,018.50 |
| 09/09/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.08 | | 25,021.58 |
| 10/09/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.09 | | 25,024.67 |
| 11/09/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.19 | | 25,027.86 |
| 12/09/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.08 | | 25,030.94 |
| 01/08/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.09 | | 25,034.03 |
| 02/08/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.19 | | 25,037.22 |
| 03/10/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.09 | | 25,040.31 |
| 04/09/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.08 | | 25,043.39 |
| 04/13/10 | | Transfer out to account ********7865 | Transfer out to account ********7865 | 9999-000 | -25,043.39 | | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 0.00 | 0.00 | $0.00 |
| Less: Bank Transfers | -43.39 | 0.00 | |
| Subtotal | 43.39 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $43.39 | $0.00 | |

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 08-72154 |
| Case Name: | CVT ACQUISITION, INC. |
| Taxpayer ID #: | **-***9386 |
| Period Ending: | 01/15/14 |

| | |
|---|---|
| Trustee: | MEGAN G. HEEG (330490) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******78-65 - Money Market Account |
| Blanket Bond: | $1,500,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********7865 | Wire in from JPMorgan Chase Bank, N.A. account ********7865 | 9999-000 | 1,704.49 | | 1,704.49 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.08 | | 1,704.57 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.10 | | 1,704.67 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.10 | | 1,704.77 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.10 | | 1,704.87 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.09 | | 1,704.96 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,704.97 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,704.98 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,704.99 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,705.00 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,705.01 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,705.02 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,705.03 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,705.04 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,705.05 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,705.06 |
| 07/18/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.00 | | 1,705.06 |
| 07/18/11 | | To Account #9200******7819 | combine MMA's | 9999-000 | | 1,705.06 | 0.00 |

| | | |
|---|---|---|
| **ACCOUNT TOTALS** | 1,705.06 | 1,705.06 | $0.00 |
| Less: Bank Transfers | 1,704.49 | 1,705.06 | |
| **Subtotal** | 0.57 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.57** | **$0.00** | |

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case Number: | 08-72154 | |
| Case Name: | CVT ACQUISITION, INC. | |
| Taxpayer ID #: | **-***9386 | |
| Period Ending: | 01/15/14 | |

| | |
|---|---|
| Trustee: | MEGAN G. HEEG (330490) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******78-19 - Checking Account |
| Blanket Bond: | $1,500,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/13/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********7865 | Wire in from JPMorgan Chase Bank, N.A. account ********7865 | 9999-000 | 25,043.39 | | 25,043.39 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 1.74 | | 25,045.13 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 3.20 | | 25,048.33 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 3.08 | | 25,051.41 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 3.20 | | 25,054.61 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 3.18 | | 25,057.79 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.20 | | 25,057.99 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.21 | | 25,058.20 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.20 | | 25,058.40 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.21 | | 25,058.61 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.21 | | 25,058.82 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.19 | | 25,059.01 |
| 03/10/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 25,059.07 |
| 03/14/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 25,059.09 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 25,059.21 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.20 | | 25,059.41 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.21 | | 25,059.62 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.19 | | 25,059.81 |
| 07/18/11 | | From Account #9200******7865 | combine MMA's | 9999-000 | 1,705.06 | | 26,764.87 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.21 | | 26,765.08 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 49.23 | 26,715.85 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.22 | | 26,716.07 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 62.23 | 26,653.84 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -1.83 | 26,655.67 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.21 | | 26,655.88 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 54.77 | 26,601.11 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.22 | | 26,601.33 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 52.84 | 26,548.49 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.21 | | 26,548.70 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 58.19 | 26,490.51 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.22 | | 26,490.73 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 54.43 | 26,436.30 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.22 | | 26,436.52 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 57.79 | 26,378.73 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 52.25 | 26,326.48 |
| | | | Subtotals : | | $26,766.38 | $439.90 | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 08-72154 | |
| **Case Name:** CVT ACQUISITION, INC. | |
| | |
| **Taxpayer ID #:** **-***9386 | |
| **Period Ending:** 01/15/14 | |

| | |
|---|---|
| **Trustee:** | MEGAN G. HEEG (330490) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******78-19 - Checking Account |
| **Blanket Bond:** | $1,500,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 53.94 | 26,272.54 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 52.04 | 26,220.50 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 59.11 | 26,161.39 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 51.82 | 26,109.57 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 57.06 | 26,052.51 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 55.16 | 25,997.35 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 49.71 | 25,947.64 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 58.48 | 25,889.16 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 53.04 | 25,836.12 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 51.17 | 25,784.95 |
| 01/17/13 | | RABOBANK MIGRATION<br>TRANSFER OUT | TRANSFER TO 0001033049088<br>20130117 | 9999-000 | | 25,784.95 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 26,766.38 | 26,766.38 | **$0.00** |
| Less: Bank Transfers | 26,748.45 | 25,784.95 | |
| **Subtotal** | **17.93** | **981.43** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$17.93** | **$981.43** | |

Exhibit 9

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case Number:** | 08-72154 | | | | | |

Case Name: CVT ACQUISITION, INC.

Taxpayer ID #: **-***9386
Period Ending: 01/15/14

Trustee: MEGAN G. HEEG (330490)
Bank Name: Rabobank, N.A.
Account: ****106219 - Checking Account
Blanket Bond: $1,500,000.00 (per case limit)
Separate Bond: N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/18/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 25,784.95 | | 25,784.95 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.55 | 25,745.40 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.56 | 25,710.84 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.74 | 25,675.10 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.38 | 25,635.72 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.10 | 25,597.62 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.36 | 25,563.26 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.44 | 25,522.82 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.70 | 25,486.12 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.43 | 25,450.69 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.27 | 25,410.42 |
| 12/20/13 | 20101 | Ehrmann Gehlbach Badger Lee & Considine, LLC | Dividend paid 88.69% on $6,706.25, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 5,947.87 | 19,462.55 |
| 12/20/13 | 20102 | Ehrmann Gehlbach Badger Lee & Considine, LLC | Dividend paid 88.69% on $454.46, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 403.07 | 19,059.48 |
| 12/20/13 | 20103 | Attys Bernard J. Natale and Scott Hillison | Dividend paid 88.69% on $12,196.00, Attorney for Trustee Fees (Other Firm); Reference: | 3210-000 | | 10,816.82 | 8,242.66 |
| 12/20/13 | 20104 | Attys Bernard J. Natale and Scott Hillison | Dividend paid 88.69% on $11.15, Attorney for Trustee Expenses (Other Firm); Reference: | 3220-000 | | 9.89 | 8,232.77 |
| 12/20/13 | 20105 | Carl C. Swanson, CPA | Dividend paid 88.69% on $5,738.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 5,089.12 | 3,143.65 |
| 12/20/13 | 20106 | MEGAN G. HEEG | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 3,143.65 | 0.00 |
| | | | Dividend paid 88.69% 3,039.14 on $3,426.64; Claim# ; Filed: $3,426.64 | 2100-000 | | | 0.00 |
| | | | Dividend paid 88.69% 104.51 on $117.83; Claim# ; Filed: $117.83 | 2200-000 | | | 0.00 |

Subtotals :   $25,784.95   $25,784.95

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 7

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case Number: | 08-72154 | |
| Case Name: | CVT ACQUISITION, INC. | |
| Taxpayer ID #: | **-***9386 | |
| Period Ending: | 01/15/14 | |

| | |
|---|---|
| Trustee: | MEGAN G. HEEG (330490) |
| Bank Name: | Rabobank, N.A. |
| Account: | ****106219 - Checking Account |
| Blanket Bond: | $1,500,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 25,784.95 | 25,784.95 | $0.00 |
| | | | Less: Bank Transfers | | 25,784.95 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **25,784.95** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$25,784.95** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # ***-*****78-65** | 26,704.49 | 0.00 | 0.00 |
| **TIA # ***-*****78-19** | 43.39 | 0.00 | 0.00 |
| **MMA # 9200-******78-65** | 0.57 | 0.00 | 0.00 |
| **Checking # 9200-******78-19** | 17.93 | 981.43 | 0.00 |
| **Checking # ****106219** | 0.00 | 25,784.95 | 0.00 |
| | $26,766.38 | $26,766.38 | $0.00 |